No. 527. BANKE ET AL. *v.* NOVADEL-AGENE CORPORA-TION. December 21, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit de-

nied. *Mr. Ralph B. Lacey* for petitioners. *Mr. Clair W. Fairbank* for respondent.